UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> AR CAPITAL, LLC, NICHOLAS S. SCHORSCH, and BRIAN S. BLOCK, <br><br> Defendants. | Civil Action No.: 1:19-cv-06603-AT |

## NOTICE OF NON-PARTY VEREIT, INC.'S MOTION TO INTERVENE AND FOR DISBURSEMENT OF SETTLEMENT FUNDS

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and the Declaration of Lauren Goldberg and the exhibits thereto, VEREIT, Inc., by its undersigned attorneys, hereby move this Court before the Honorable Analisa Torres, United States District Judge, United States Courthouse, 500 Pearl Street, New York, New York 10007 for an Order pursuant to Federal Rules of Civil Procedure 24(a) and (b) permitting intervention in the above-captioned action for the limited purpose of protecting and asserting VEREIT's interests in monetary amounts paid by AR Capital, LLC, Nicholas S. Schorsch, and Brian S. Block to the SEC in satisfaction of disgorgement and financial penalties assessed in this matter.

PLEASE TAKE FURTHER NOTICE that, absent the Court's order to the contrary, Local Civil Rule 6.1(b) requires that papers in opposition to this motion must be served on or before September 25, 2019, and reply papers in support of this motion must be served on or before October 2, 2019.

- 1 -

Dated: September 11, 2019
       New York, New York

                                      By: /s/ George S. Canellos
                                              George S. Canellos
                                              Antonia M. Apps
                                              55 Hudson Yards
                                              New York, New York 10001
                                              Telephone: (212) 530-5000

                                              *Counsel for Non-Party VEREIT, Inc.*