UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-against-

AR CAPITAL, LLC, NICHOLAS S. SCHORSCH
and BRIAN S. BLOCK,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/11/2020_
```

19 Civ. 6603 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In light of Plaintiff's status letter dated June 10, 2020, ECF No. 37 it is ORDERED that by **August 14, 2020**, Plaintiff shall submit either a proposed distribution plan or a further status report.

    SO ORDERED.

Dated: June 11, 2020
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge