```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
SECURITIES AND EXCHANGE COMMISSION,

                        Plaintiff,

          -against-

AR CAPITAL, LLC, NICHOLAS S. SCHORSCH
and BRIAN S. BLOCK,

                        Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/1/2020_

19 Civ. 6603 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The October 1, 2020 order at ECF No. 43 granting Plaintiff's motion for approval of a distribution plan for the Fair Fund in this action is hereby VACATED, in order to allow time for the filing of objections or comments by interested parties, *see* ECF No. 41. Any such objections or comments should be filed by **October 14, 2020**.

SO ORDERED.

Dated: October 1, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge