# Site Coming Soon!

[Home](#)

Website coming soon!

---

[Gilardi & Co. LLC.](#)   Copyright © 2021   [Privacy Policy](#)

Cited in SEC v Capital
19Civ6603 Decided 5/18/21
Archived on 5/19/21
This document is protected by copyright.
Further reproduction is prohibited without permission.