USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>    v.<br><br>AR CAPITAL, LLC, NICHOLAS S. SCHORSCH, and BRIAN S. BLOCK,<br><br>                    Defendants. | Case No. 1:19-cv-6603-AT<br><br>Honorable Analisa Torres |

## SECOND ORDER TO DISBURSE FUNDS FOR DISTRIBUTION

The Court, having reviewed the Securities and Exchange Commission's (the "SEC") Motion for a Second Order to Disburse Funds for Distribution, the accompanying Memorandum in Support, the Declaration of Michael Jacoby, Vice President at KCC Class Action Services, LLC (the "Distribution Agent"), and any related filings;

**AND** the Distribution Agent having provided to the SEC a Payment File and the Declaration of Michael Jacoby certifying that all the information provided in the payment file has been verified and is complete and accurate in accordance with the plan of distribution approved by this Court (the "Plan"), and having considered all arguments presented, and for good cause shown

**IT IS HEREBY ORDERED**

1.  The SEC staff shall transfer $91,714.02 to the escrow account established by the Distribution Agent at The Huntington National Bank, N.A.; and

2. The Distribution Agent shall distribute $2,331,786.67 to Eligible Claimants in accordance with the Plan approved by this Court.

Dated: ___September 17___, 2025.
New York, New York

_____
Analisa Torres
United States District Judge